# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHAQUOR WALKER,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 19-CV-6108** |
| : | |
| **COMMONWEALTH OF** : | |
| **PHILADELPHIA,** *et al.* : | |
| Defendants. : | |

## ORDER

AND NOW, this 15th day of May, 2020, upon consideration of Shaquor Walker's Complaint (ECF No. 1), it is **HEREBY ORDERED** that:

1. Walker's Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) for the reasons stated in the Court's Memorandum. Walker is not granted leave to file an amended complaint in this matter.[1]

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**

---

[1] Although Walker is not granted leave to file an amended complaint in this matter, the dismissal of the Complaint is without prejudice to him filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in a separate matter when he has exhausted available state remedies.